STATE of Missouri, Respondent,

v.

Jesse F. COOLEY, Jr., Appellant.

No. WD 63353.

Missouri Court of Appeals, Western District.

Aug. 31, 2004.

Ellen H. Flottman, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before NEWTON, P.J., LOWENSTEIN and HOLLIGER, JJ.

## *ORDER*

PER CURIAM.

Appellant was convicted of one count of second degree burglary. He raised two points: (1) that the evidence was insufficient to sustain the verdict, and (2) that the trial court erred by not striking the panel for the comment of a venireperson. Affirmed. Rule 30.25(b).